UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAMELA L. SMITH,

    Plaintiff,

v.                                    CASE NO: 8:05-cv-193-T-23TGW

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant,
_____/

**ORDER**

    Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), this matter was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's August 16, 2006, report and recommendation (Doc. 17), no party objects to the report and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 17) is **ADOPTED** and the decision of the Commissioner of Social Security is **REVERSED** and **REMANDED** for a credibility determination consistent with the Magistrate Judge's report.

    ORDERED in Tampa, Florida, on September 5, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE